**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY LEE and ROSEMARIE LEE,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF PRINCETON,<br><br>Defendant. | Case No. 3:18-cv-09257-MAS-LHG |

## MOTION FOR SUMMARY JUDGMENT

Defendant University Medical Center of Princeton, d/b/a Penn Medicine Princeton Medical Center ("PMPMC" or "Defendant"), by and through its undersigned attorneys, hereby moves this Court for the entry of summary judgment on all Counts in Plaintiffs' Complaint. In support of its motion, Defendant relies on its Memorandum of Law in Support of Summary Judgment, Defendant's Statement of Undisputed Material Facts, Certification of Thomas J. Barton with Exhibits, Declaration of Geralyn Karpiscak with Exhibits, and testimony cited therein.

Dated: July 9, 2021

/s/ *Thomas J. Barton*
Thomas J. Barton
FAEGRE DRINKER BIDDLE & REATH LLP
105 College Road East, Suite 300
Princeton, NJ 08542
Telephone: (609) 716-6594
Fax: (609) 799-7000
Email: thomas.barton@faegredrinker.com

*Attorneys for Defendant*
*University Medical Center of Princeton*