UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY LEE and ROSEMARIE LEE,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF PRINCETON,<br><br>Defendant. | Civil Action No. 18-09257 (MAS) (LHG)<br><br>ORDER |

This matter comes before the Court on Defendant University Medical Center of Princeton's (the "Hospital") Motion for Summary Judgment. (ECF No. 52.) Plaintiffs Gregory Lee and Rosemarie Lee opposed (ECF No. 55) and the Hospital replied (ECF No. 61). The Court has carefully reviewed the parties' submissions and decides this matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying memorandum opinion, and for other good cause,

**IT IS**, on this 24th day of January 2022, **ORDERED** as follows:

1. The Hospital's Motion for Summary Judgment (ECF No. 52) is **GRANTED**.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**